NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEURIG, INCORPORATED,**

*Plaintiff-Appellant,*

**v.**

**JBR, INC. (doing business as Rogers Family Company),**

*Defendant-Appellee.*

---

2013-1478

---

Appeal from the United States District Court for the District of Massachusetts in No. 11-CV-11941, Judge F. Dennis Saylor, IV.

---

**JUDGMENT**

---

MICHAEL A. ALBERT, Wolf, Greenfield & Sacks, P.C., of Boston, Massachusetts, argued for plaintiff-appellant. With him on the brief were GERALD B. HRYCYSZYN and CHELSEA A. LOUGHRAN.

THOMAS M. PETERSON, Morgan, Lewis & Bockius LLP, of San Francisco, California, argued for defendant-appellee. With him on the brief was DANIEL JOHNSON, JR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 12, 2014          /s/ Daniel E. O'Toole
     Date               Daniel E. O'Toole
                     Clerk of Court